| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Thomas Morris<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5295<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Southern District of California | | |
| Case number:   20–00842–LT7 | | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Thomas Morris

5/19/20

**By order of the court:**   Barry K. Lander
Clerk of the Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Southern District of California
In re:                                                              Case No. 20-00842-LT
Richard Thomas Morris                                               Chapter 7
          Debtor
                                CERTIFICATE OF NOTICE
District/off: 0974-3          User: admin              Page 1 of 1              Date Rcvd: May 20, 2020
                              Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db            +Richard Thomas Morris,    1453 4th Ave., Apt 412,    San Diego, CA 92101-3153
smg           +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                San Diego, CA 92108-4424
smg            Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                Center Valley, PA 18034-0520
14705978      +FED LOAN SERVICES,    P.O. BOX 60610,    HARRISBURG, PA 17106-0610
14705980       PUBLIC STORAGE,    16TH AVENUE,    SAN DIEGO, CA 92101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: FJLKENNEDY.COM May 21 2020 06:13:00      James L. Kennedy,    James L. Kennedy, Trustee,
                P.O. Box 28459,    San Diego, CA 92198-0459
smg            EDI: CALTAXFEE May 21 2020 06:13:00      California Department of Tax and Fee Administratio,
                Account Information Group, MIC:29,    P.O. Box 942879,    Sacramento, CA 94279-0029
smg           +EDI: EDD.COM May 21 2020 06:13:00      Employment Develop. Dept., State of CA,
                Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM May 21 2020 06:13:00      Franchise Tax Board,    Attn: Bankruptcy,
                P.O. Box 2952,    Sacramento, CA 95812-2952
smg           +E-mail/Text: ustp.region15@usdoj.gov May 21 2020 02:35:02      United States Trustee,
                Office of the U.S. Trustee,    880 Front Street,    Suite 3230,    San Diego, CA 92101-8897
14705972      +EDI: AMEREXPR.COM May 21 2020 06:13:00      AMEX,    P.O. BOX 981537,    ELPASO, TX 79998-1537
14705973       EDI: BANKAMER.COM May 21 2020 06:13:00      BANK OF AMERICA,    P.O. BOX 982238,
                EL PASO, TX 79998
14705974      +EDI: CAPITALONE.COM May 21 2020 06:13:00      CAPITOL ONE BANK USA N,    P.O. 30281,
                SALT LAKE CITY, UT 84130-0281
14705975      +EDI: CITICORP.COM May 21 2020 06:13:00      CITICARDS CBNA,    P.O. BOX 6217,
                SIOUX FALLS, SD 57117-6217
14705976      +E-mail/PDF: creditonebknotifications@resurgent.com May 21 2020 02:39:39      CREDIT ONE BANK NA,
                PO BOX 98872,    LAS VEGAS, NV 89193-8872
14705977      +E-mail/Text: electronicbkydocs@nelnet.net May 21 2020 02:35:09      DEPT OF ED / 582 / NELNET,
                P.O. BOX 82561,    Lincoln, NE 68501-2561
14705979      +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 21 2020 02:40:54      MERRICK BANK CORP,
                P.O. BOX 9201,    OLD BETHPAGE, NY. 11804-9001
14705971      +EDI: RMSC.COM May 21 2020 06:13:00      SYNCB/WALMART,    PO. BOX 965024,
                ORLANDO, FL 32896-5024
14705981      +EDI: RMSC.COM May 21 2020 06:13:00      SYNCB/WALMART,    P.O. BOX PO BOX 965024,
                ORLANDO, FL 32896-5024
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              James L. Kennedy    jim@jlkennedy.com,   jlk@trustesolutions.net
              United States Trustee    ustp.region15@usdoj.gov
                                                                                              TOTAL: 2
```